UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br>　　　　Plaintiff,<br>　　v.<br>DIRECTOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>　　　　Defendants. | Case No. 18-cv-04518-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 9 |

Plaintiff Magee has not complied with this Court's order to file an application to proceed *in forma pauperis* ("IFP"). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Magee may move to reopen the action. Any motion to reopen must be accompanied by a properly completed IFP application or payment for the full filing fee of $400.00.

Magee's motion to supplement his complaint is DENIED. (Dkt. No. 9.) He may refile this motion after he has filed a complete IFP application or paid the $400.00 filing fee.

The Clerk shall terminate Dkt. No. 9, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 29, 2018



WILLIAM H. ORRICK
United States District Judge